UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
W.C. HAYGOOD, SR. and BOBBY JEAN
HAYGOOD, et. al.,

                Plaintiffs,

-against-

A.P. GREEN SERVICES, INC., et. al.,

                Defendants.
------------------------------------------------------------------x

Case No. CV-01-2845

**ANSWER AND ACKNOWLEDGMENT OF SERVICE**

Judge Weinstein

        Defendant, Lockheed Martin Corp., by its attorneys L'Abbate, Balkan, Colavita & Contini, L.L.P., hereby acknowledges receipt of a summons and a copy of plaintiffs' verified complaint in this action.

        Lockheed Martin Corp. hereby answers the verified complaint in this action by reference to its standard answer filed pursuant to NYAL Case Management Order and raises each of the affirmative defenses contained in its standard answer.

Dated:        Garden City, New York
                February 6, 2004

                              L'ABBATE, BALKAN, COLAVITA
                                  & CONTINI, L.L.P.

                              By: _____
                              Matthew R. Straus - Federal ID# 2580
                              Attorneys for Defendant
                              Lockheed Martin Corp.
                              1050 Franklin Avenue
                              Garden City, New York 11530
                              (516) 294-8844

TO:     WEITZ & LUXENBERG, P.C., Attorneys for Plaintiffs
           SEE ANNEXED SERVICE LIST

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

SONIA N. CARRASQUILLO, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Baldwin, New York.

That on the 6th day of February, 2004, deponent served the within ANSWER AND ACKNOWLEDGMENT OF SERVICE upon:

      SEE ANNEXED SERVICE LIST

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                      SONIA N. CARRASQUILLO

Sworn to before me this
6th day of February, 2004.

_____
Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
W.C. HAYGOOD, SR. and BOBBY JEAN
HAYGOOD, et. al.,

                        Plaintiffs,

-against-

A.P. GREEN SERVICES, INC., et. al.,
                        Defendants.
------------------------------------------------------------------x

Case No. CV-01-2845

**DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT <u>Lockheed Martin Corp.</u>**

        Defendant, Lockheed Martin Corp., by its attorneys L'Abbate, Balkan, Colavita & Contini, L.L.P., in compliance with Federal Civil Rule 7.1 for the United States District Courts for the Southern and Eastern Districts of New York states that the following entities are parents, subsidiaries and/or affiliates of Lockheed Martin Corp..

        1.  None.

Dated:        Garden City, New York
                February 6, 2004

                                        L'ABBATE, BALKAN, COLAVITA
                                        & CONTINI, L.L.P.

                                        By:_____
                                        Matthew R. Straus - Federal ID#  2580
                                        Attorneys for Defendant,
                                        Lockheed Martin Corp.
                                        1050 Franklin Avenue
                                        Garden City, New York 11530
                                        (516) 294-8844

TO:     WEITZ & LUXENBERG, P.C., Attorneys for Plaintiffs
          SEE ANNEXED SERVICE LIST

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NASSAU   )

SONIA N. CARRASQUILLO, being duly sworn, deposes and says that deponent is not a party to the within action, is over 18 years of age and resides in Baldwin, New York.

That on the 6th day of February, 2004, deponent served the within DISCLOSURE STATEMENT upon:

SEE ANNEXED SERVICE LIST

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
SONIA N. CARRASQUILLO

Sworn to before me this
6th day of February, 2004.

_____
Notary Public